UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62206-Civ-SCOLA

PREFERRED PACKAGING
EQUIPMENT, INC.,

    Plaintiff,
vs.

FRAIN INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER ON MOTION TO STAY OR STRIKE DISCOVERY

THIS MATTER is before the Court on the Motion to Stay or Strike Discovery [ECF No. 13], filed by Defendant Frain Industries, Inc.  This Motion is **GRANTED**.

Plaintiff has conceded it should not have served early discovery on the Defendant in violation of Federal Rule of Civil Procedure 26(d)(1).  Therefore, the Court will strike those discovery requests.  Plaintiff is, of course, free to re-serve the requests on Defendant at the appropriate time.

The Court also agrees that this case presents a rare situation in which discovery should be temporarily stayed pending resolution of the Defendant's Motion to Dismiss.  If mediation is a pre-requisite to suit, and if Defendant has not waived the right to force mediation, then this case would appear to be subject to dismissal, negating the need for any discovery.  *See McCabe v. Foley*, 233 F.R.D. 683, 685 (M.D. Fla. 2006) (Morris, J.) ("A request to stay discovery pending a resolution of a motion is rarely appropriate unless resolution of the motion will dispose of the entire case.").  The Court will decide whether dismissal is warranted or not after receipt of the Defendant's reply.  In the interim, discovery is stayed.  The parties shall, however, proceed with their joint conference and shall file their joint report by the date it is due, in accordance with this Court's Initial Order [ECF No. 6].

**DONE and ORDERED** in chambers, at Miami, Florida on December 26, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
U.S. Magistrate Judge
Counsel of record